# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LIEN,<br><br>        Plaintiff,<br><br>   v.<br><br>AKABIKE,<br><br>        Defendant. | Case No. 1:19-cv-01503-AWI-BAM (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR 60-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(ECF No. 12)<br><br>ORDER GRANTING MOTION TO SEND A COPY OF INITIAL COMPLAINT TO PLAINTIFF<br>(ECF No. 13)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jamie Lien ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 27, 2020, the Court issued a screening order finding that Plaintiff's complaint failed to state a cognizable claim for relief. (ECF No. 11.) Plaintiff was directed to file an amended complaint within thirty days. (Id.)

Currently before the Court is Plaintiff's motion for a 60-day extension of time to file his amended complaint, (ECF No. 12), and motion for the Court to send a copy of the original complaint to Plaintiff, (ECF No. 13). Plaintiff states that as an indigent prisoner who is not learned or lettered in the law, he relies on the help of "jailhouse lawyers" for litigation. Inmate Spencer, who was assisting Plaintiff, was recently transferred to a different yard, and took all of

1

the legal papers in Plaintiff's case with him.  Though Plaintiff has tried several times to get these materials back from Inmate Spencer, but was unsuccessful.  Plaintiff therefore requests a 60-day extension of time to file his amended complaint, as well as a copy of the original complaint and any attachments.  (ECF Nos. 12, 13.)

Having considered the request, the Court finds good cause to grant, in part, the requested extension of time.  Fed. R. Civ. P. 6(b).  However, the Court finds that an extension of thirty days, rather than sixty, is reasonable under the circumstances.

As to his request for a copy of the original complaint, Plaintiff is reminded that the Court does not provide free copies of case documents to parties, even when a party is proceeding *in forma pauperis*.  Ordinarily, the Clerk of Court charges $0.50 per page for copies of documents.  The Court will make a one-time exception in this instance and will direct the Clerk's Office to provide copies of the original complaint at no charge.  However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff and that it is his responsibility to maintain copies of all documents submitted to the Court for filing.  In the future, the fact that Plaintiff gave his only copies of his legal paperwork to another inmate will not be considered good cause for granting another request for copies without charge.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for 60-day extension of time to file amended complaint, (ECF No. 12), is GRANTED IN PART;
2. Plaintiff's motion to send a copy of initial complaint to Plaintiff, (ECF No. 13), is GRANTED;
3. The Clerk's Office is directed to mail one (1) copy of the original complaint, filed October 23, 2019, (ECF No. 1), to Plaintiff at his current mailing address;
4. The Clerk's Office shall send Plaintiff a complaint form;
5. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first amended complaint curing the deficiencies identified by the Court's January 27, 2020 screening order or file a notice of voluntary dismissal; and

///

6. **If Plaintiff fails to comply with this order, this action will be dismissed for failure to state a claim, failure to prosecute, and failure to obey a court order**.

IT IS SO ORDERED.

Dated: **February 25, 2020** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE