# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LIEN, <br><br> Plaintiff, <br><br> v. <br><br> AKABIKE, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01503-AWI-BAM (PC) <br><br> ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <br><br> (ECF No. 15) |

Plaintiff Jamie Lien ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 27, 2020, the Court screened Plaintiff's complaint and granted Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days from the date of service of that order. (ECF No. 11.) On February 25, 2020, the Court granted Plaintiff a thirty-day extension of time to file his amended complaint or a notice of voluntary dismissal, and mailed him a copy of the original complaint. (ECF No. 14.) On March 20, 2020, Plaintiff filed the instant notice of voluntary dismissal. (ECF No. 15.) In his notice, Plaintiff states that he no longer sees a successful argument to prosecute the current complaint and he wishes to withdraw this complaint at this time. (Id.)

"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment."

1

Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **March 20, 2020**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE